IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBORAH ANN JENSEN, | ) | 1:08cv1203 BAK DLB |
| | ) | |
| | ) | |
| | ) | ORDER GRANTING STIPULATION |
| | ) | FOR REMAND |
| Plaintiff, | ) | |
| | ) | (Document 15) |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On April 7, 2009, the parties submitted a stipulation that the action be remanded to the Commissioner of Social Security for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g).

The stipulation to remand is GRANTED and the action is REMANDED to the Commissioner. The Clerk is ordered to ENTER JUDGMENT IN FAVOR of Plaintiff Deborah Ann Jensen and against Defendant Michael J. Astrue.

On remand, the Appeals Counsel shall instruct the Administrative Law Judge to (1) offer Plaintiff the opportunity for a new hearing; (2) obtain medical expert testimony to clarify the nature and severity of the Plaintiff's impairments and to address any inferred onset date of disability,

1

pursuant to Social Security Ruling 83-20; and (3) update the medical evidence, if possible, with any evidence pertaining to the relevant period in this case.

IT IS SO ORDERED.

Dated:   **April 9, 2009**               **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE